## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Stacey A. Bright                 CHAPTER 13

            <u>Debtor</u>

                      BKY. NO. 16-23705 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Selene Finance LP as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and index same on the master mailing list.

                   Respectfully submitted,

                   **/s/ James C. Warmbrodt, Esquire**
                   James C. Warmbrodt, Esquire
                   jwarmbrodt@kmllawgroup.com
                   Attorney I.D. No. 42524
                   Thomas Puleo, Esquire
                   tpuleo@kmllawgroup.com
                   Attorney I.D. No. 27615
                   KML Law Group, P.C.
                   701 Market Street, Suite 5000
                   Philadelphia, PA 19106
                   Phone: (215)-627-1322
                   Attorney for Movant/Applicant