# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | STACEY A. BRIGHT |
| Case Number: | 16-23705-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, APRIL 13, 2017 01:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
4/19/17 2:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#14 - Final Confirmation of Plan Dated 10/31/2016 (NFC)
R / M #: 14 / 0

**Appearances:**

Debtor: *Caroff*
Trustee: Winnecour / (Bedford) / Pail / Katz

Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **6-8-17** at **11:00**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

4/6/2017    1:22:33PM