# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: STACEY A. BRIGHT
Case Number: 16-23705-CMB    Chapter: 13
Date / Time / Room: THURSDAY, JUNE 08, 2017 11:00 AM    3251 US STEEL
Hearing Officer: CHAPTER 13 TRUSTEE

FILED
6/9/17 8:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#14 - Continued Confirmation of Plan Dated 10/31/2016 (NFC)
R / M #: 14 / 0

### Appearances:

*Caroff*

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ✓ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Counsel/debtor have no defense. Trustee consents.*

*Not feasible.*
*Pmt must double.*

6/2/2017    11:27:21AM